## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:22-CV-00196-SPC-NPM

Plaintiff:
**EBONY CAMPBELL AND LASHONDRA WRIGHT**

vs.

Defendant:
**KENNETH A. BERDICK, M.D. P.A. AND KENNETH A. BERDICK, M.D., INDIVIDUALLY**


ODY2022002472

For:
Jason L. Gunter, Esq.
Jason L. Gunter, P.A.
1514 Broadway
Suite 101
Fort Myers, FL 33901

Received by Ody's Professional Process on the 30th day of March, 2022 at 3:20 pm to be served on **KENNETH A. BERDICK, M.D., 3714 EVANS AVENUE, FORT MYERS, FL 33901**.

I, Jennifer Wahl, CPS #157446, do hereby affirm that on the **31st day of March, 2022** at **12:20 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **KENNETH A. BERDICK, M.D.** at the address of: **3714 EVANS AVENUE, FORT MYERS, FL 33901**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 80, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 185, Hair: Red, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Jennifer Wahl, CPS #157446
Certified Process Server

Ody's Professional Process
Post Office Box 1623
Fort Myers, FL 33902
(239) 369-5214

Our Job Serial Number: ODY-2022002472

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

3-31-22
12:20PM
JW#157446

EBONY CAMPBELL and LASHONDRA WRIGHT,  )
)
)
)
)
*Plaintiff(s)*  )
v.  )  Civil Action No. 2:22-cv-00196-SPC-NPM
KENNETH A. BERDICK, M.D,  )
)
)
)
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KENNETH A. BERDICK, M.D
3714 Evans Avenue
Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GUNTERFIRM
1514 Broadway, Suite 101
Fort Myers, FL 33901
Jason Gunter, Esq.
E-Service: jason@gunterfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: Mar 29, 2022

Samantha Blake
*Signature of Clerk or Deputy Clerk*