IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| EBONY CAMPBELL and LASHONDRA WRIGHT,<br><br>      Plaintiffs,<br>vs.<br>KENNETH A. BERDICK, M.D., P.A., and KENNETH A. BERDICK, M.D., Individually,<br><br>      Defendants. | Case No.: 2:22-cv-00196-SPC-NPM |

**PLAINTIFF EBONY CAMPBELL'S NOTICE OF FILING ANSWERS TO FSLA COURT INTERROGATORIES**

Plaintiff, EBONY CAMPBELL, by and through the undersigned counsel, files the attached Answers to the Court's FLSA Interrogatories.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on July 8, 2022.

Respectfully submitted,

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com

**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel: 239.334.7017

## ANSWERS TO FSLA COURT INTERROGATORIES

1. During what period of time were you employed by the Defendant?

   **April 2014 through February 22, 2022.**

2. Who was your immediate supervisor?

   **Kenneth A. Berdick, M.D.**

3. Did you have a regularly scheduled work period? If so, specify.

   **Monday through Friday, 6 AM until 5 PM, and every other Saturday, 6 AM or 8:30 AM until 1 PM**.

4. What was your title or position? Briefly describe your job duties.

   **Front Desk. I assisted with all aspects of the medical practice, including checking patients in and out, answering phones, administrative work, and working as a medical assistant.**

5. What was your regular rate of pay?

   - **$20.00 per hour from 2018 until December 2021**
   - **$21.00 per hour from December 2021 until February 22, 2022.**

6. What is the nature of your claim (check all that apply)?
   ☒**Misclassification (Defendant mistakenly classified you as exempt from overtime)**
   ☒ **Miscalculation (Defendant failed to correctly calculate your compensation);**

7. Provide an accounting of your claim, including:

   a. dates

   **March 28, 2019 through February 22, 2022**

   b. regular hours worked

   **55 to 62 hours per week**

    c. over-time hours worked

**15 to 22 overtime hours per week**

    d. pay received versus pay claimed

**Plaintiff was paid her base rate for all hours worked. Plaintiff is entitled to overtime compensation for all hours worked over 40 hours per work week.**

    e. total amount claimed

**Plaintiff claims approximately 15 to 22 overtime hours for each work week between March 28, 2019 and February 22, 2022.**

8. If you have brought this case as a collective action:

   Describe the class of employees you seek to include in this action.

   **Not applicable.**

9. Specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

   | **Attorneys' Fees:** | Jason Gunter: | 6 hours |
   |---|---|---|
   | | Hourly Rate: | $425.00/hr |
   | | Conor Foley: | 4 hours |
   | | Hourly Rate: | $300.00/hr |

   **Costs**: $502.00

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    **In 2016, 2018 and again in December 2021.**

11. Was this complaint written or oral? (If a written complaint, attach a copy).

    **Oral.**

12. What was your employer's response? (If a written response, attach a copy).

   **I was offered a raise to my hourly rate**.

_____
(Affiant Signature)

**STATE OF FLORIDA**

**COUNTY OF** _Lee_

The foregoing instrument was acknowledged before me by means of ☒ physical presence ☐ online notarization, this 8th day of July, 20 22, by Ebony Campbell (Name of Person Acknowledging).

_____
Signature of Notary Public

TAVIA MADDEN-JOHNSON
Commission # HH 214714
Expires March 27, 2026

Tavia Madden-Johnson
Print, Type or Stamp Name of Notary

Personally Known: _____
OR Produced Identification: _____
Type of Identification Produced: C514-214-83-553-0