IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EBONY CAMPBELL and
LASHONDRA WRIGHT,

                              Case Number: 2:22-cv-00196-SPC-NPM

Plaintiffs,

v.

KENNETH A. BERDICK, M.D., P.A.,
and KENNETH A. BERDICK, M.D.,
Individually,

Defendants.
_____/

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by[1]: Jesse I. Unruh, Esq.

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

1. Ebony Campbell – Plaintiff
2. Lashondra Wright – Plaintiff
3. Jason L. Gunter, Esq. – Counsel for Plaintiff
4. Conor P. Foley, Esq.;– Counsel for Plaintiff
5. GUNTERFIRM – Counsel for Plaintiff
6. Kenneth A. Berdick, M.D., P.A. – Defendant
7. Kenneth A. Berdick, M.D. – Defendant
8. Jesse Unruh, Esq. – Counsel for Defendant

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

9. Spire Law, LLC – Counsel for Defendant

Each entity with publicly traded shares or debt potentially affected by the outcome:

None.

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None.

Each person arguably eligible for restitution:

Plaintiffs assert Ebony Campbell and Lashondra Wright are eligible for restitution.

Defendants assert None.

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 24th day of August, 2022.

        Respectfully submitted,

        SPIRE LAW, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: */s/ Jesse I. Unruh*
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        jesse@spirelawfirm.com
        sarah@spirelawfirm.com
        laura@spirelawfirm.com
        filings@spirelawfirm.com
        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 24th day of August, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Jason L. Gunter, Esq.; Jason@GunterFirm.com; Conor P. Foley, Esq.; Conor@GunterFirm.com GUNTERFIRM 1514 Broadway, Suite 101 Fort Myers, FL 33901 239.334.7017.

        */s/ Jesse I. Unruh*

        Attorney