UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EBONY CAMPBELL,
and LASHONDRA WRIGHT,

    *Plaintiffs*,

v.                                                        **CASE NO.** 2:22-cv-196-SPC-NPM

KENNETH A. BERDICK, M.D., P.A.,
and KENNETH A. BERDICK, M.D.

    *Defendants*.

_____

### FLSA FAST-TRACK CASE MANAGEMENT REPORT

The parties agree to these dates and discovery plan under Federal Rule of Civil Procedure 26:

| DEADLINE | AGREED DATE |
|---|---|
| **Disclosure Statements Complete** [Due upon a party's first appearance] | ☒ Plaintiff filed on 5/24/2022 <br> ☒ Defendant filed on 8/24/2022 |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). [14 days after the parties' Rule 26(f) conference or for parties joined or served later, 30 days after being served or joined] | ☐ Exchanged <br> ☒ To be exchanged by 9/2/2022 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2015). [4 months before the meeting to prepare the joint final pretrial statement] | 1/5/2023 |

| DEADLINE | AGREED DATE |
|---|---|
| Deadline for filing any dispositive and *Daubert* motion. See Fed. R. Civ. P. 56.<br><br>[Court REQUIRES at least 3 months before the meeting to prepare the joint final pretrial statement] | 2/3/2023 |
| Date of the final pretrial meeting. See Local Rule 3.06(a).<br><br>[3 weeks before the Final Pretrial Conference] | 5/5/2023 |
| Deadline for filing any motion in limine.<br><br>[16 days before the Final Pretrial Conference] | 5/10/2023 |
| Deadline for filing joint proposed jury instructions and verdict form, s*ee* Eleventh Circuit Pattern Jury Instructions, and joint final pretrial statement, s*ee* Local Rule 3.06(b).<br><br>[14 days before the Final Pretrial Conference. The parties are authorized to e-mail the joint instructions and/or verdict form to chambers in Word format] | 5/12/2023 |
| Date of the final pretrial conference. See Fed. R. Civ. P. 16(e); Local Rule 3.06(b).<br><br>[The date that corresponds with the trial term as set forth on the district judge's webpage or, for a trial date certain, one week prior to trial] | May 26, 2023 @ 9:30 am |
| Month of the trial term or, if all parties consent to a magistrate judge, the month and day of the first day of trial.<br><br>[13 months after the first appearance of any defendant] | June 2023 |

| DEADLINE | AGREED DATE |
|---|---|
| The trial will last approximately 2 days and be<br>☒ by a jury.<br>☐ by the judge. | |
| All Parties Consent to the Assigned Magistrate Judge | ☐ For all purposes, including trial, the entry of the final judgment, and all post-trial proceedings<br><br>☐ For some purposes like class certification, summary judgment, *Daubert*, or jury selection (please specify): Click or tap here to enter text.<br><br>☒ For no other purpose beyond authority granted by statute, rule, and referral |
| All Parties Request a Settlement Conference with a Magistrate Judge | ☐ Yes<br>☒ No<br>☐ Likely to Request in Future |
| Notice of a Related Action Complete and Attached | ☒ Yes |

Date:  8/24/2022

/s/Jason L. Gunter
Jason L. Gunter, Esq.
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley, Esq.
Fla. Bar No. 111977
Email: Conor@GunterFirm.com

**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel. (239) 334-7017
Counsel for Plaintiffs

/s/ Jesse I Unruh
Jesse I. Unruh, Esq.
Florida Bar No.: 93121
jesse@spirelawfirm.com
Alyssa Castelli, Esq.
Florida Bar No. 1032306
alyssa@spirelawfirm.com

**SPIRE LAW, LLC**
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Tel: (407) 494-0135
Counsel for Defendants